**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No: 1:21-cr-20556-JEM/Becerra

UNITED STATES OF AMERICA

v.

MARK MARSHALL,

    Defendant.
_____/

**REPORT AND RECOMMENDATION[1]**

**THIS CAUSE** came before the Court upon Defendant Mark Marshall's ("Defendant") Motion for Costs in Excess of the Statutory Maximum Under the Criminal Justice Act (the "Motion"), ECF No. [78]. The Court has reviewed the Motion and proposed investigative budget. For the reasons stated below, it is hereby respectfully

**RECOMMENDED** as follows:

1. The undersigned **RECOMMENDS** that the Motion, ECF No. [78], be **GRANTED**. The undersigned finds that an investigator is a reasonably necessary expense at this stage of the proceedings. The undersigned finds that the requested rate of $125.00 per hour for investigative fees is reasonable. At this stage, the Court finds it reasonable to approve 40 hours of investigative time, totaling $5,000.00 at the proposed rate.

2. Counsel for Defendant shall promptly notify the Court, prior to utilizing 40 hours of investigative services, if additional investigative time is needed. At that time, the Court shall

---

[1] This Motion, ECF No. [78] was referred to the undersigned by the Honorable Jose E. Martinez, United States District Judge. ECF No. [79].

review the investigative time spent and make a new determination regarding any additional time allocations.

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court Judge for the Southern District of Florida, within **SEVEN (7) DAYS** of being served with this Report and Recommendation. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020). If there is no objection, the parties may file a Notice advising the Court that no objection is made.

**DONE AND SUBMITTED** in Chambers at Miami, Florida, on November 17, 2022.

_____
**JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE**