UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-20556-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MARK MARSHALL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to United States Magistrate Judge Jacqueline Becerra and accordingly, a Report and Recommendation **[ECF No. 82]** was filed on November 17, 2022, with a Recommendation Granting **[ECF No. 78]**, Defendant's Motion for Costs in Excess of the Statutory Maximum under the Criminal Justice Act, submitted by CJA Attorney Zeljika Bozanic, Esq.

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jacqueline Becerra's Report and Recommendation **[ECF No. 82]** is hereby **AFFIRMED and ADOPTED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this \_\_\_ day of December 2022.

                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
All Counsel of Record
CJA Administrator